1    MARK E. FERRARIO, ESQ.
     Nevada Bar No. 1625
2    CHRISTOPHER MILTENBERGER, ESQ.
     Nevada Bar No. 10153
3    ALAYNE OPIE, ESQ.
     Nevada Bar No. 12623
4    GREENBERG TRAURIG, LLP
     3773 Howard Hughes Parkway
5    Suite 400 North
     Las Vegas, Nevada 89169
6    Telephone: (702) 792-3773
     Facsimile:  (702) 792-9002
7
     *Counsel for Defendants*
8

9                      **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11   Mark Allan Unterscher, an Individual,        Case No.: 2:16-cv-02958-MMD-VCF
     4310 Fernwood Drive
12   Bismarck, ND 58503
                                                  **STATUS REPORT**
13                  Plaintiff,
                                                  **AND**
14   v.
                                                  **STIPULATION AND ORDER TO STAY**
15   Holiday Inn Club Vacations, a  Timeshare;    **ACTION PENDING FURTHER**
     Spence Wilson, Chairman of Board,            **SETTLEMENT DISCUSSIONS**
16   8505 Irlo Bronson Memorial Highway,
     Kissimmee, FL 34747                          **(Fourth Request)**
17
     And
18
19   Holiday Inn Club Vacations, a  Timeshare;
     Adalberto Lugo, General Manager,
20   3950 Koval Lane, Las Vegas, NV 89109,

21                  Defendants.

22          Pursuant to the Court's October 10, 2017 Order (ECF No. 18) staying the matter for a

23   period of 60 days, Plaintiff Mark Allan Unterscher ("Plaintiff") and Defendants Holiday Inn

24   Club Vacations and Spence Wilson, Chairman of Board and Holiday Inn Club Vacations, a

25   Timeshare;  Adalberto Lugo, General Manager ("Defendants") (collectively the "Parties"),

26   through their undersigned counsel, provide the following status report and further stipulate and

27   request entry of an order staying the matter for an additional 49-day period pending the Parties'

28   ongoing efforts to reach an amicable resolution of this matter.

*LV 421028183v2*

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## **STATUS REPORT**

Prior to commencing this action, Plaintiff retained a consultant to perform an inspection of the Desert Club Resort property located at 3950 Koval Lane, Las Vegas, Nevada 89109 (the "Property"). As a result of that inspection, Plaintiff's consultant prepared a document entitled, ADA Accessibility Inspection Survey, dated August 26, 2016 (the "Survey"). After filing and serving his Complaint on Defendants, Plaintiff provided a copy of the Survey to Defendants' counsel for review and consideration. Defendants commenced internal review and analysis of the Survey and the Property.

Subsequently, Defendants conducted an internal review and analysis of the Survey and prepared a proposal to address the issues set forth in the Survey with respect to the Property in furtherance of resolving this case. Such an analysis included extensive site inspections of the Property and review and analysis of the Survey and applicable codes and regulations. As a result of their analysis and inspections, Defendants prepared a proposed plan (the "Proposed Action Plan") to address certain issues raised by the Survey and to resolve the claims set forth in Plaintiff's Complaint.

On August 8, 2017, Defendants provided a copy of their Proposed Action Plan to Plaintiff for his review and analysis as part of the parties' ongoing settlement discussions pursuant to the protections of Federal Rule of Evidence 408. Plaintiff, his counsel, and his consultant have reviewed Defendants' Proposed Action Plan. Counsel have addressed a potential resolution to many of the issues raised in the Survey, but additional time is needed to document such a resolution. While this resolution may not resolve all of the issues raised by the Survey, it would significantly narrow the disputed issues in this case and assist in leading to an efficient resolution of the Complaint as a whole.

As the parties are continuing to cooperate in good faith towards resolving as many of the issues raised in the Survey and the Complaint as possible, the parties are requesting an additional stay of the litigation in which to document the agreements and resolutions that can be reached.

///

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## STIPULATION TO STAY ACTION

Based on the foregoing reasons set forth in the Status Report above and incorporated by reference herein, it is HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their undersigned counsel of record, that all proceedings and deadlines in this matter be stayed for a period of 49 days from the date of this stipulation. The Parties agree that on or before the expiration of the stay contemplated herein, they shall submit a status report setting forth the status of the Parties' negotiations, including informing the Court as to whether a resolution has been reached, whether a further stay is warranted, or if the matter should proceed and the proposed deadlines if the matter is to proceed. Nothing herein shall prevent the parties from notifying the Court of a resolution and requesting a lift of the stay prior to its expiration as contemplated by this Stipulation.

This request is made in good faith based on the Parties' ongoing discussions and is not made for the purpose of needlessly delaying these proceedings.

DATED this __ day of December, 2017

LAW OFFICE OF SEAN M. TANKO, LTD.


By:  _/s/ Sean M. Tanko_____
    SEAN M. TANKO, ESQ.
    8670 W. Cheyenne Avenue, Suite 130
    Las Vegas, NV 89129

    *Attorneys for Plaintiff Mark Allan*
    *Unterscher, an Individual*

DATED this ___ day of December, 2017

GREENBERG TRAURIG, LLP


By:  _/s/ Christopher R. Miltenberger_____
    MARK E. FERRARIO, ESQ.
    Nevada Bar No. 1625
    CHRISTOPHER MILTENBERGER, ESQ.
    Nevada Bar No. 10153
    ALAYNE OPIE, ESQ.
    Nevada Bar No. 12653

    *Attorneys for Defendants*

///

///

///

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## ORDER

Based on the foregoing Status Report and Stipulation to Stay Action of the parties and good cause appearing, all proceedings and deadlines in the above-captioned matter are hereby STAYED for a period of 49 days through and including January 26, 2018.

The Parties shall submit a status report on or before January 26, 2018 setting forth the status of the Parties' negotiations, whether a resolution has been reached, and informing the Court whether a further stay is warranted or if the matter should proceed and the proposed deadlines if the matter is to proceed. Nothing herein shall prevent the parties from notifying the Court of a resolution and requesting a lift of the stay prior to its expiration as contemplated by this Stipulation.

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _____12-11-2017_____

Respectfully submitted:

GREENBERG TRAURIG, LLP


By:  __/s/ Christopher R. Miltenberger__
    MARK E. FERRARIO, ESQ.
    Nevada Bar No. 1625
    CHRISTOPHER MILTENBERGER, ESQ.
    Nevada Bar No. 10153
    ALAYNE OPIE, ESQ.
    Nevada Bar No. 12653

*Attorneys for Defendants*

LV 421028183v2