MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER MILTENBERGER, ESQ.
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark Allan Unterscher, an Individual,<br>4310 Fernwood Drive<br>Bismarck, ND 58503<br><br>Plaintiff,<br><br>v.<br><br>Holiday Inn Club Vacations, a Timeshare;<br>Spence Wilson, Chairman of Board,<br>8505 Irlo Bronson Memorial Highway,<br>Kissimmee, FL 34747<br><br>And<br><br>Holiday Inn Club Vacations, a Timeshare;<br>Adalberto Lugo, General Manager,<br>3950 Koval Lane, Las Vegas, NV 89109,<br><br>Defendants. | Case No.: 2:16-cv-02958-MMD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, Plaintiff Mark Allan Unterscher, by and through his counsel, the Law Office of Sean M. Tanko, Ltd., and Defendants Holiday Inn Club Vacations, Spence Wilson, and Adalberto Lugo, by and through their counsel, the law firm of Greenberg Traurig, LLP, having reached an agreement to resolve all outstanding issues between them, and hereby stipulate to DISMISS the above-captioned matter WITH PREJUDICE.

///

*ACTIVE 42851738v1*

Each party shall bear its own respective costs, expenses and attorneys' fees, costs, and expenses in connection with and related to the above-captioned matter.

DATED this 3rd day of June, 2019.　　　　DATED this 3rd day of June, 2019.

GREENBERG TRAURIG, LLP　　　　　　LAW OFFICE OF SEAN M. TANKO, LTD.

By: */s/ Christopher R. Miltenberger*　　　By: */s/ Sean M. Tanko*
　　MARK E. FERRARIO　　　　　　　　　SEAN M. TANKO, ESQ.
　　Nevada Bar No. 1625　　　　　　　　　Nevada Bar No. 8904
　　CHRISTOPHER R. MILTENBERGER　　8670 W. Cheyenne Avenue, Suite 130
　　Nevada Bar No. 10153　　　　　　　　Las Vegas, NV 89129
　　10845 Griffith Peak Drive, Suite 600
　　Las Vegas, Nevada 89135　　　　　　　*Attorneys for Plaintiff Mark Allan Unterscher*

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 4, 2019

*ACTIVE 42851738v1*